COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-07-324-CV

 

BYRON LINNEAR AND TEMEIKA LINNEAR,                            APPELLANTS

AS ALL OTHER OCCUPANTS OF
2106 GLEN 

MANOR
ROAD, CORINTH, TEXAS 76208                                                

 

                                                   V.

 

U.S. BANK NATIONAL ASSOCIATION,                                      APPELLEE

AS TRUSTEE FOR CREDIT
SUISSE 

FIRST
BOSTON MBS2004‑ARMT1                                                          

                                                                                                        

                                               ----------

          FROM
COUNTY COURT AT LAW NO. 2 OF DENTON COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered AAppellants'
Motion To Dismiss For Mootness.@  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the appeal as
moot.  See TEX. R. APP. P.
42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellants,
for which let execution issue.  See Tex. R. App. P. 43.4.

PER CURIAM

PANEL D:  WALKER, J.; CAYCE, C.J.; and MCCOY, J.








DELIVERED:  December 6, 2007











[1]See Tex. R. App. P. 47.4.